United States District Court
District Of Maine

| | |
|---|---|
| Angela S. Johnson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 1:18-cv-54-JDL |
| ) | |
| Molina Information Systems, LLC ) | |
| d/b/a Molina Medicaid Solutions; ) | |
| and Molina Healthcare, Inc. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

NOW COME all the parties to this action, pursuant to F. R. Civ. P. 41(a)(1)A)(ii) stipulate that this case is hereby dismissed with prejudice and without costs.

Dated: January 8, 2019                             Respectfully submitted,


/s/ Carol J. Garvan                             /s/ Tara A. Walker
Carol J. Garvan, Esq.                           Tara A. Walker, Esq.
Johnson, Webbert & Young, LLP                   Bernstein Shur
160 Capitol Street, P.O. Box 79                 100 Middle Street
Augusta, Maine 04332-0079                       Portland, ME 04104
(207) 623-5110                                  (207) 228-7183
E-Mail: cgarvan@work.law                        E-Mail: twalker@bernsteinshur.com
*Attorney for Plaintiff*                        *Attorney for Defendant*

## Certificate Of Service

I hereby certify that on January 8, 2019 I served a copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel:

>Peter F. Herzog
>Tara Walker
>*Attorneys for Molina Information Systems, LLC*
>*d/b/a Molina Medicaid Solutions and Molina Healthcare, Inc.*
>Bernstein Shur
>100 Middle Street, PO Box 9729
>Portland, ME 04104

Dated: January 8, 2019

>/s/ Carol J. Garvan
>Carol J. Garvan, Esq.
>Johnson, Webbert & Young, LLP
>160 Capitol Street, P.O. Box 79
>Augusta, Maine 04332-0079
>(207) 623-5110
>E-Mail: cgarvan@work.law